

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

DEC − 3 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR752 RLW/SRW |
| KENWYN JONES, | ) |
| Defendant. | ) |

## INDICTMENT

The grand jury charges that:

### INTRODUCTION

1.   The U.S. Department of Veterans Affairs provides a wide range of benefits, aid, and assistance to veterans of the United States military.

2.   Under the Post-9/11 GI Bill, which was created to help veterans pay for educational benefits while enrolled in an educational institution, a veteran is eligible to receive tuition, books, supplies, a monthly housing allowance, and other miscellaneous benefits while enrolled in an approved educational program. Tuition payments are made to the school and the housing allowance is paid to the student. The veteran is required to notify the school's veterans certifying official and the VA of any changes to enrollment.

3.   Between October 2010 through approximately September 2012, the defendant, **KENWYN JONES,** received educational benefits from the bill while he was enrolled at two culinary institutes.

4.   After September 2012, defendant no longer attended the schools, but continued to receive payments to which he was no longer legally entitled in the form of housing allowance in the amount of approximately $1400 per month until June of 2019.

## COUNT ONE
### [Federal Program Theft]

From in or about September 2012 until in or about June 2019, in the Eastern District of Missouri, the defendant,

**KENWYN JONES,**

willfully and knowingly did steal, purloin and convert to his use, money belonging to the United States in an amount exceeding $1,000, in that the defendant improperly received and retained federal education benefits in excess of $118,000 under the Post-9/11 GI Bill, administered by the Department of Veterans Affairs, after the defendant was no longer enrolled in an education program.

All in violation of 18 U.S.C. § 641.

A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN                                   Date:_____
United States Attorney


_____
EDWARD L. DOWD III 61909MO
Assistant United States Attorney